Graeme A. Reid, Esq.
REID LAW OFFICES, P.C.
Nevada State Bar No. 10970
100 N. Arlington Ave., Suite 250
Reno, Nevada 89501
Telephone: (775) 323-8700
Facsimile: (775) 323-8707
E-mail: greid@reidlo.com

Attorneys for Defendant
BRENT D. NIBARGER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS KINKER and JUDY KINKER, individually and jointly<br><br>Plaintiffs,<br><br>v.<br><br>BRENT D. NIBARGER, individually; RICHARD LEE SMITH, individually; and DOES 1 to 25,<br><br>Defendants | Case No.: 2:15-cv-01197-LDG-VCE<br><br>[Removed from Eighth Judicial District Court, Clark County Nevada, Case No. A-15-717626-C]<br><br>**DEFENDANT BRENT D. NIBARGER'S SUBSTITUTION OF ATTORNEY** |

PLEASE TAKE NOTICE THAT Defendant, BRENT D, NIBARGER herby substitutes Graeme A. Reid, Esq., of the law firm REID LAW OFFICES, P.C as attorney of record in place of J. Bruce Alverson, Esq. and Karie N. Wilson, Esq. of the law firm of ALVERSON TAYLOR MORTENSEN & SANDERS. All future notices in this matter should be sent to:

   Graeme A. Reid, Esq.
   REID LAW OFFICES, P.C.
   100 N. Arlington Ave., Suite 250
   Reno, Nevada 89591
   Phone: (775) 323-8700
   Fax: (775) 323-8707
   E-Mail: greid@reidlo.com

SUBSTITUTION OF ATTORNEY                    -1-                    Case No. 2:15-cv-01197-LDG-VCF

I hereby consent to the above substitution.

DATED: July 2nd, 2015

_____
J. Bruce Alverson, Esq.


I hereby consent to the above substitution.

DATED: July 2nd, 2015

_____
Karie N. Wilson, Esq.


I hereby consent to the above substitution.

DATED: July____, 2015

_____
Bruce D. Nibarger


I am duly admitted to practice in this District
and I accept the above substitution.

DATED: July ____, 2015

_____
Graeme A. Reid, Esq.


APPROVED

DATED: July ____, 2015

_____
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I hereby consent to the above substitution.

DATED:  July____, 2015

_____
J. Bruce Alverson, Esq.


I hereby consent to the above substitution.

DATED:  July____, 2015

_____
Karie N. Wilson, Esq.


I hereby consent to the above substitution.

DATED:  July__/__, 2015

_____
Brent D. Nibarger


I am duly admitted to practice in this District
and I accept the above substitution.

DATED:  July _2_, 2015

_____
Graeme A. Reid, Esq.


**APPROVED**

DATED:  July __6th__, 2015

_____
United States ~~District~~ Judge

Magistrate

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on the 2nd of July, 2015 I filed and served a true and correct copy of the foregoing, **DEFENDANT BRENT D NIBARGER'S SUBSTITUTION OF ATTORNEY** by electronic mail transmission only, by electronic filing of a true and correct copy of the same to each party addressed on the Service List Manager.

*/s/ Amanda M. Powell*

An Employee of
REID LAW OFFICES, P.C.