Graeme A. Reid, Esq.
REID LAW OFFICES, P.C.
Nevada State Bar No. 10970
100 N. Arlington Ave., Suite 250
Reno, Nevada 89501
Telephone: (775) 323-8700
Facsimile: (775) 323-8707
E-mail: greid@reidlo.com

Attorneys for Defendant
BRENT D. NIBARGER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THOMAS KINKER and JUDY KINKER, individually and jointly<br><br>Plaintiffs,<br><br>v.<br><br>BRENT D. NIBARGER, individually; RICHARD LEE SMITH, individually; and DOES 1 to 25,<br><br>Defendants | Case No.: 2:15-cv-01197-LDG-VCE<br><br>[Removed from Eighth Judicial District Court, Clark County Nevada, Case No. A-15-717626-C]<br><br>**STIPULATION AND ORDER TO REMAND** |

Plaintiffs Thomas and Judy Kinker, Defendant Brent D. Nibarger and Defendant Richard Lee Smith by and through their undersigned counsel, hereby stipulate and agree to remand the above-captioned matter to the Eighth Judicial District Court of the State of Nevada, in and for the County of Clark. By way of explanation for the voluntary remand, this case was originally filed in the Eighth Judicial District Court on April 28, 2015, and, on June 23, 2015, Defendant Brent D. Nibarger filed a Notice of Removal (#1) with this Court. Shortly after filing the Notice of Removal, Defendant Brent D. Nibarger realized that the removal from the Eighth Judicial District Court to the U.S. District Court was in error. As both defendants in this matter are residents of the State of Nevada, this case could not be removed to the U.S. District Court pursuant to 28 U.S.C. §

1441(b)(2). Accordingly, jurisdiction in this matter is appropriate in the Eighth Judicial District Court and the parties are executing this stipulation in an effort to expedite the remand and to avoid motion practice before this Court on this issue.

DATED: July ___, 2015

_____
Vernon E. Leverty, Esq.
Patrick R. Leverty, Esq.
William R. Ginn, Esq.
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, NV 89502
Counsel for Plaintiffs Thomas & Judy Kinker

DATED: July 8, 2015

_____
Jeff I. Braun, Esq.
Christina N. Meissner, Esq.
MCNEIL TROPP & BRAUN, LLP
2 Park Plaza, Suite 620
Irvine, CA 92614
Attorneys for Defendant Richard Lee Smith

DATED: July 9TH, 2015

_____
Peter B. Mortenson, Esq.
Darius Rafie, Esq.
MORETENSON & RAFIE, LLP
10781 W. Twain Ave.
Las Vegas, NV 89135
Attorneys for Defendant Richard Lee Smith

DATED: July 9, 2015

_____
Graeme A. Reid, Esq.
REID LAW OFFICES, P.C.
100 N. Arlington Ave., Suite 250
Reno, NV 89501
Attorneys for Defendant Brent D. Nibarger

IT IS SO ORDERED;

DATED: Aug 4, 2015

_____
United States District Judge

1441(b)(2). Accordingly, jurisdiction in this matter is appropriate in the Eighth Judicial District Court and the parties are executing this stipulation in an effort to expedite the remand and to avoid motion practice before this Court on this issue.

DATED: July ___, 2015

/s/ *William R. Ginn*
Vernon E. Leverty, Esq.
Patrick R. Leverty, Esq.
William R. Ginn, Esq.
LEVERTY & ASSOCIATES LAW CHTD.
832 Willow Street
Reno, NV 89502
Counsel for Plaintiffs Thomas & Judy Kinker

DATED: July ___, 2015

_____
Jeff I. Braun, Esq.
Christina N. Meissner, Esq.
MCNEIL TROPP & BRAUN, LLP
2 Park Plaza, Suite 620
Irvine, CA 92614
Attorneys for Defendant Richard Lee Smith

DATED: July ___, 2015

_____
Peter B. Mortenson, Esq.
Darius Rafie, Esq.
MORETENSON & RAFIE, LLP
10781 W. Twain Ave.
Las Vegas, NV 89135
Attorneys for Defendant Richard Lee Smith

DATED: July ___, 2015

_____
Graeme A. Reid, Esq.
REID LAW OFFICES, P.C.
100 N. Arlington Ave., Suite 250
Reno, NV 89501
Attorneys for Defendant Brent D, Nibarger

IT IS SO ORDERED:

DATED: ____ August 2015

_____
Lloyd D. George
Sr. U.S. District Judge